UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUCY M. DEITERS ) | |
| ) | |
| v. ) | NO. 3:13-0315 |
| ) | JUDGE CAMPBELL |
| PATRICK R. DONAHOE, Postmaster Gen. ) | |

ORDER

Pending before the Court is a Motion for Stay Because of Lapse of Appropriations (Docket No. 23). The Motion is MOOT.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE