IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LUCY M. DEITERS )
)
v. ) NO. 3-13-0315
) JUDGE CAMPBELL
PATRICK R. DONAHOE )

ORDER

Pending before the Court is Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Docket No. 30).[1] For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. The pretrial conference set for January 26, 2015, and the jury trial set for February 3, 2015, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Because Defendant has filed a Statement of Undisputed Facts and Plaintiff has responded, both parties are arguing facts outside the pleadings, and the Court will treat this Motion as a Motion for Summary Judgment.